ORIGINAL
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 13 2016
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                              No.: 4:16-CR-204-A

LARRY J. TINNEY (01)

## FACTUAL RESUME

**INDICTMENT:**   Count One:   Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a)

**PLEA:**   Guilty plea to Count One

**MAXIMUM PENALTY:**

- Term of imprisonment for not more than ten (10) years;
- A fine up to the amount of $250,000, or twice the pecuniary gain or twice the pecuniary loss;
- A mandatory special assessment of $100;
- And a term of supervised release of any term of years not less than five (5), or life. Revocation of the term of supervised release could result in an additional sentence of up to the term of supervised release; and
- Costs of incarceration and supervision.

**ELEMENTS OF THE OFFENSE:**

In order to establish the offense alleged in Count One of the Indictment, the Government must prove the following elements beyond a reasonable doubt:

First:   That on or about the date set out in the Indictment the defendant was a sex offender required to register under the Sex Offender Registration and Notification Act;

Second:   That the defendant traveled in interstate commerce; and

Third:   That after the defendant traveled, he knowingly failed to register or update a registration as required by the Sex Offender Registration and Notification Act.

Factual Resume - Page 1

**STIPULATION OF FACTS:**

1.      From on or about May 1, 2015, through on or about July 11, 2016, in the Fort Worth Division of the Northern District of Texas, defendant, Larry J. Tinney, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and did knowingly fail to register and update a registration. Specifically, Tinney, after having been convicted of Aggravated Criminal Sexual Abuse in the State of Illinois and registered as a sex offender, traveled in interstate commerce from Illinois to Texas and failed to register and update his Sex Offender Registration.

2.      On November 26, 2001, Larry J. Tinney was convicted in Sangamon County of Aggravated Criminal Sexual Abuse, case number 2001 CF-000789. Tinney received a prison sentence of six (6) years. As a result of his conviction, Tinney was ordered to register as a sex offender. On June 26, 2014, Tinney registered as a sex offender with the Springfield Police Department, signing the Illinois Sex Offender Registration Form. On October 28, 2014, Springfield police determined Tinney no longer resided at that location.

3.      USMS Senior Inspector John Spaulding located and arrested Tinney for failure to register as a sex offender on July 11, 2016, at his residence, the Ranch Motel, located on Main Street in Fort Worth, Texas. Tinney told SI Spaulding that he had lived at that location for more than a year. Additionally, Tinney had in his possession a Texas Driver's License issued in March 2015. Tinney also told SI Spaulding that he drove from Illinois to Texas.

4.      Tinney agrees that he traveled in interstate commerce prior to March 2015, and he failed to report to authorities in Illinois that he was moving to Texas. From on or about May 1, 2016, through on or about July 11, 2016, Tinney, who knew he had an obligation to do so, had not registered in Texas and did not update his registration in the state of Illinois.

SIGNED and AGREED to on this the __7__ day of ~~August~~ September, 2016.

_____
LARRY J. TINNEY
Defendant

_____
WILLIAM HERMESMEYER
Attorney for Defendant