U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 2 2 2017

CLERK, U.S. DISTRICT COURT
By _____
      Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | NO. 4:16-CR-204-A |
| § | |
| LARRY J. TINNEY § | |

O R D E R

After having reviewed the presentence report pertaining to defendant, **LARRY J. TINNEY**, defendant's objections thereto, and the other sentencing items, the court tentatively has concluded that all objections made by defendant to the presentence report and addendum are without merit, and that a sentence of imprisonment significantly above the top of the advisory guideline imprisonment range would be appropriate for essentially those reasons given by the probation officer in the presentence report. The parties should take such tentative conclusions into account in making decisions as to what presentations to make at the sentencing hearing.

THE COURT SO ORDERS.

SIGNED February 22, 2017.

_____
JOHN McBRYDE
United States District Judge